## DEFENDANT INFORMATION

**Last Name:** MEYER
**First Name:** LISA
**Street Address:** 1714 PARK AVE APT 513
**City:** BALTIMORE
**State:** MD
**Zip Code:** 21277
**Date of Birth:** 10/28
**Drivers License No.:** MC00522261830
**D.L. State:** MD
**Adult** ☑   Juvenile ☐
**Sex:** Female ☑
**Hair:** BLD
**Eyes:** BLU
**Height:** 5'05"

**VEHICLE VIN:** [redacted]2664

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov → $ 120   Total Collateral

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date)

Court Address:
Date:
Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission... promise to appear for the hearing at the time and place instructed or in lieu of appearance... collateral due.

X Defendant Signature: /s/ Lisa Meyer

Original - CVB Copy

---

bound on Connector Rd was verified by LIDAR # TJ005334 to be traveling at 43 MPH

The foregoing statement is based upon:
- ☑ my personal observation
- ☑ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/03/2024   /s/ Officer
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle; **CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident